UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEBORAH THOMPSON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 17-1765 (RC) |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| In her official capacity as | : | |
| Acting Commissioner of Social Security | : | |
| | : | |
| Defendant. | : | |

# MEMORANDUM ORDER

This court referred Plaintiff's pending motion for judgment of reversal to Magistrate Judge G. Michael Harvey, who issued a Report and Recommendation on April 18, 2019. The Report and Recommendation recommended that Plaintiff's motion for judgment of reversal be denied and Defendant's motion for judgment of affirmance be granted. In making this recommendation, the Report affirmed a validity of an earlier ruling before an administrative law judge, which concluded that Plaintiff's impairments did not qualify her for disability benefits under Title XVI of the Social Security Act, 42 U.S.C. § 405(g). *See* R. & R. 5, ECF No. 17. No objections have been received, and all objections are thus deemed waived. *Elec. Transaction Sys. Corp. v. Prodigy Partners Ltd.*, 2009 WL 3273920, at *1 (D.D.C. Oct. 9, 2009).

Accordingly, it is this 16th day of July, 2019, hereby

**ORDERED** that Magistrate Judge Harvey's Report and Recommendation is adopted in full; it is further

**ORDERED** that Plaintiff's motion for judgment of reversal is denied; and it is

**ORDERED** that Defendant's motion for judgment of affirmance is granted.

**SO ORDERED**.

RUDOLPH CONTRERAS<br>United States District Judge